IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL MONTAGUE<br><br>                Plaintiff,<br><br>v.<br><br>CAMERON WRIGHT et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br><br>Case No. 4:20-CV-33-DN<br><br>District Judge David Nuffer |

    Plaintiff has not responded to the September 18, 2020 order to within thirty days show cause why his case should not be dismissed for failing to file his certified six-month inmate account statement, as ordered. (ECF Nos. 4, 7.) Plaintiff was last heard from on July 6, 2020--more than four months ago--when he submitted an address-change notice. (ECF No. 6.)

    **IT IS ORDERED** that, because Plaintiff has neither followed the Court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

        DATED this 19th day of November, 2020.

                      BY THE COURT:

                      _____
                      DAVID NUFFER
                      United States District Judge